MAY Z. KAUFMAN, as Executrix of MELVILLE B. KAUFMAN, Deceased, v. SAM FOX et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act.

[See *ante*, p. 946.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.